UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MAURICE BARFIELD | Case No. 20 CR 880<br><br>Magistrate Judge Beth W. Jantz |

**PETITION FOR *WRIT* OF *HABEAS CORPUS AD PROSEQUENDUM***

Now comes the UNITED STATES OF AMERICA by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

> Name: MAURICE BARFIELD
> Date of Birth: \*\*/\*\*/1986
> Sex: Male
> Race: Black
> Jail/Prisoner #: 20201210066

is incarcerated in the following institution:

Cook County Department of Corrections, Chicago, Illinois.

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with possession of a firearm by a convicted felon, and is now wanted in such division and district at **10:00 a.m. on January 21, 2021**, at the U.S. Marshals Service Lock-Up, 24th floor, Dirksen Federal Courthouse, 219 S. Dearborn Street, Illinois, 60604, to appear at 1:00 p.m. for a bond hearing before the Magistrate Judge Beth W. Jantz in Courtroom 1812.

WHEREFORE, your petitioner prays for an Order directing the issuance of a *Writ* of *Habeas Corpus Ad Prosequendum* in this matter directed to the following person:

> THOMAS DART
> Sheriff
> Cook County Department of Corrections
> ATTN: Cook County Department of Corrections
> 3026 S. California Ave.
> Chicago, Illinois

commanding them to produce the body of the said prisoner before this Court at said time and on said date, in the United States Courthouse in Chicago, Illinois, and that when the said prisoner shall be so produced pursuant to said *Writ*, and that when the proceedings in this case have been concluded, that MAURICE BARFIELD be returned forthwith to said institution from which he was brought.

                                                    Respectfully submitted,

                                                    JOHN R. LAUSCH, JR.
                                                    United States Attorney

By:    /s/ *Patrick Mott*
         PATRICK MOTT
         Assistant United States Attorney
         219 S. Dearborn St., Rm. 500
         Chicago, IL 60604
         (312) 554-9133