**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

USA

vs.

Case Number: 20 CR 880
Magistrate Judge Beth W. Jantz

Maurice Barfield

**ORDER**

The Government's Petition for Writ of Habeas Corpus Ad Prosequendum [12] is granted. The Cook County Department of Corrections is directed to produce the body of Defendant, Maurice Barfield (1) for a detention hearing before Magistrate Judge Jantz on 01/21/2021 at 1:00 p.m. Enter Order. The Clerk's Office is directed to issue the Writ of Habeas Corpus Ad Prosequendum as to Maurice Barfield (1) to the United States Marshals Service forthwith.

Date: 01/07/2021

Beth W. Jantz
United States Magistrate Judge