UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MAURICE BARFIELD | Case No. 20 CR 880<br><br>Magistrate Judge Beth W. Jantz |

## O R D E R

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

        Name: MAURICE BARFIELD
        Date of Birth: **/**/1986
        Sex: Male
        Race: Black
        Jail/Prisoner #: 20201210066

now is incarcerated in the following institution:

        Cook County Department of Corrections
        ATTN: Cook County Department of Corrections
        3026 S. California Ave.
        Chicago, Illinois

and that said defendant has been charged in the above-captioned case with possession of a firearm by a convicted felon, and that said defendant should be produced at **10:00 a.m. on January 21, 2021**, at the U.S. Marshals Service Lock-Up, 24th floor, Dirksen Federal Courthouse, 219 S. Dearborn Street, Illinois, 60604, to appear at 1:00 p.m. for an initial appearance before the Magistrate Judge Beth W. Jantz in Courtroom 1812.

IT IS THEREFORE ORDERED that the following person:

THOMAS DART
Sheriff
Cook County Department of Corrections
ATTN: Cook County Department of Corrections
3026 S. California Ave.
Chicago, Illinois

bring or cause to be brought before this Court, at said time on said date, before the Magistrate Judge Beth W. Jantz in the United States Courthouse in Chicago, Illinois, the body of the said defendant; and that a *Writ of Habeas Corpus Ad Prosequendum* directed to said persons, so commanding them, be issued by the Clerk of this Court.

E N T E R:

_____

Magistrate Judge Beth W. Jantz

DATED at Chicago, Illinois
this ___7___ day of __January__, 2021.