# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: USA v Maurice Barfield

Case Number: 1:20-CR-00880

An appearance is hereby filed by the undersigned as attorney for:

Maurice Barfield

Attorney name (type or print): Derrick B. Reese

Firm: Reee Law Center, LLC

Street address: 734 Ridge Rd

City/State/Zip: Homewood, IL 60430

Bar ID Number: 6244296
(See item 3 in instructions)

Telephone Number: 708-914-4570

Email Address: db.reese@reeselawctr.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | ✔ | |
| Are you a member of the court's trial bar? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.

[✔] Retained Counsel
[ ] Appointed Counsel
If appointed counsel, are you
[ ] Federal Defender
[ ] CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 01/17/21

Attorney signature: S/ *[signature]*
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015