# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Maurice Barfield

Defendant.

Case No.: 1:20−cr−00880

Honorable Gabriel A. Fuentes

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 21, 2021:

    MINUTE entry before the Honorable Beth W. Jantz: Attorney, Derrick B Reese, Sr. is hereby withdrawn from the case as to Maurice Barfield (1). Attorney, Amanda G. Penabad of the Federal Defender Program is hereby appointed to represent defendant, Maurice Barfield (1) for the remainder of the case. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.