# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                       Case No.: 1:20−cr−00880

                                                                 Honorable Gabriel A. Fuentes

Maurice Barfield

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 21, 2021:

      MINUTE entry before the Honorable Beth W. Jantz:Detention hearing as to Maurice Barfield held on 01/21/2021. By agreement and consent of the parties and pursuant to the CARES Act, all parties appear telephonically. For the reasons stated in open court, the Court finds that there are no conditions or combination of conditions to have defendant released on bond. Detention Order to follow. Preliminary Examination set for 02/01/2021 at 02:30 p.m. To join the call, counsel shall dial 888−273−3658 and enter access code 2217918. Defendant, Maurice Barfield (1) is hereby remanded into federal custody and shall remain in custody until further order of the Court. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.